# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:15-cv-00183-MR
## [CRIMINAL CASE NO. 1:10-cr-0067-MR-2]

| | |
|---|---|
| **JOSEPH ABDUL HENDRIX,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Hold Petitioner's Motion to Vacate in Abeyance [Doc. 5].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Hold Petitioner's Motion to Vacate in Abeyance [Doc. 5] is **GRANTED**, and this case shall be held in abeyance pending the Supreme Court's decision in Beckles v. United States, No. 15-8544.  The Government shall have sixty (60) days from the issuance of the decision in Beckles within which to file its response to Petitioner's Motion to Vacate.

**IT IS SO ORDERED.**

Signed: July 4, 2016

Martin Reidinger
United States District Judge